# Third District Court of Appeal

## State of Florida

Opinion filed February 14, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1148
Lower Tribunal No. 14-12750
_____

**Kenton G. Findlay,**
Appellant,

vs.

**Star Lakes Association, Inc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Kenton G. Findlay, in proper person.

No appearance, for appellee.[1]

Before SCALES, LINDSEY and GORDO, JJ.

GORDO, J.

---

[1] Appellee was precluded from filing an answer brief after failing to comply with this Court's order.

Kenton G. Findlay ("Findlay") appeals a non-final order denying his motion for reconsideration. We dismiss the appeal for lack of jurisdiction.

On December 6, 2017, an amended final judgment of foreclosure was entered in favor of Star Lakes Association, Inc. ("Star Lakes"). On May 18, 2023, Findlay filed a "motion for reconsideration," arguing grounds for vacating the final judgment under Florida Rule of Civil Procedure 1.540(b). The trial court denied the motion. This appeal followed.

Our jurisdiction to review non-final orders is limited to those matters specifically enumerated in Florida Rule of Appellate Procedure 9.130. Mid-Continent Cas. Co. v. Flora-Tech Plantscapes, Inc., 225 So. 3d 336, 340 (Fla. 3d DCA 2017); see also Fla. R. App. P. 9.130 (stating "[t]his rule applies to appeals to the district courts of appeal of the nonfinal orders authorized herein"). Rule 9.130(a)(5) authorizes appeals of "[non-final] [o]rders entered on an **authorized and timely** motion for relief from judgment." Fla. R. App. P. 9.130(a)(5) (emphasis added).

In this case, the underlying motion was filed nearly six years after the trial court entered the amended final judgment of foreclosure. Because the motion was not timely filed, we dismiss the appeal for lack of jurisdiction. See Fla. R. Civ. P. 1.540(b) (stating that a motion for relief from judgment

2

based on newly discovered evidence cannot be filed more than one year after the judgment was entered).

Dismissed.